

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte J.R.W.

No. 06-21-00037-CV

Appeal from the 412th Judicial District Court of Brazoria County, Texas (Tr. Ct. No. 108020-CV). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JUNE 29, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk